

|  | THE CITY OF NEW YORK |  |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | SUZETTE CORINNE RIVERA<br>*Assistant Corporation Counsel*<br>Phone: (212) 788-9567<br>Fax: (212) 788-9776<br>srivera@law.nyc.gov |

September 26, 2007

BY ECF
Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

           Re: <u>Walker v. The City of New York et al.</u>, 06 CV 6454 (ENV) (CLP)

Dear Judge Vitaliano:

    Enclosed please find the Stipulation and Order of Settlement and Discontinuance which has been executed by the parties in the above-referenced matter. The parties respectfully request that Your Honor so-order the enclosed Stipulation.

                                Respectfully submitted,

                                Suzette Corinne Rivera (SR4272)
                                Assistant Corporation Counsel

cc:    BY ECF
        Honorable Cheryl L. Pollak

        Michael Kushner, Esq.
        Michael Hueston, Esq.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ASANTE WALKER,

                                                Plaintiff,

-against-

THE CITY OF NEW YORK, COMMISSIONER
RAYMOND W. KELLY; INSPECTOR JAMES
O'CONNELL; SUPERVISOR POLICE OFFICER JOHN
DOE #1; P.O. DARRYL CHEN, SHIELD #29402;
POLICE OFFICER JOHN DOES # 1 – 5; the individual
defendants sued individually and in their official capacities,

                                              Defendants.

**STIPULATION AND ORDER
OF SETTLEMENT AND
DISMISSAL**

06 CV 6454 (ENV) (CLP)

------------------------------------------------------------------------ x

       **WHEREAS,** plaintiff Asante Walker commenced this action by filing a complaint on or about December 5, 2006, alleging that defendants violated his constitutional and common law rights; and

       **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

       **WHEREAS,** the parties now desire to resolve the issues raised in this litigation, without further proceedings and without admitting any fault or liability; and

       **WHEREAS,** plaintiff has authorized his counsel to settle this matter on the terms set forth below;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. The above-referenced action is hereby dismissed with prejudice, and without costs, expenses, or fees except as provided for in paragraph "2" below.

2. The City of New York hereby agrees to pay plaintiff the sum of **Twenty Seven Thousand and Five Hundred ($27,500.00) Dollars** in full satisfaction of all claims, including claims for costs, expenses and attorney's fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all claims against the City of New York and all individually named defendants, and to release all defendants and any present or former employees or agents of the City of New York from any and all liability, claims, or rights of action that have or could have been alleged by plaintiff in this action arising out of the events alleged in the complaint in this action, including claims for costs, expenses and attorney fees.

3. Plaintiff shall execute and deliver to defendant City of New York's attorney all documents necessary to effect this settlement, including, without limitation, a General Release and An Affidavit of No Liens based on the terms of paragraph 2 above.

4. Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules,

regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
September 6, 2007

Michael Hueston
~~MICHAEL KUSHNER~~, ESQ.
Attorney for Plaintiff
350 Fifth Avenue, Suite 4810
New York, NY 10118
(212) 643-2900

By: _____
~~Michael Kushner~~
Michael Hueston, Esq. (MH-0931)

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Defendants City of New York,
Raymond W. Kelly, Inspector James O'Connell,
P.O. Darryl Chen, Sgt. Eric Campbell, P.O. Yanick
Augustin, Robert Simms and P.O. Carl Wawrzonek
100 Church Street
Room 3-196
New York, New York 10007
(212) 788-9567

By: _____
Suzette Corinne Rivera
Assistant Corporation Counsel

**SO ORDERED:**

_____
United States District Judge

3